IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR308 |
| | ) | |
| v. | ) | |
| | ) | |
| ROOSEVELT JACKSON JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is the "Request for Transcript by a Non Party," Filing No. 21. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 21) is granted, as outlined below.

2. The nonparty petitioner, Miriam Jackson, must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail of copy of this order to Miriam Jackson at her address pursuant to Filing No. 21.

DATED this 21st day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge